IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID COE and JUDY COE,              )
                                     )
    Plaintiffs,                      )
                                     )
    v.                               )        1:05CV00294
                                     )
CMH HOMES, RANDY SPARKS, Sales       )
Representative, CHARLES ROOK,        )
Manager, HUGH COVINGTON,             )
District Manager, DANNY HAWKS,       )
Manager, DAVID M. BOOTH,             )
President,                           )
                                     )
    Defendants.                      )

<u>ORDER AND JUDGMENT</u>

OSTEEN, District Judge

    For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

    IT IS ORDERED AND ADJUDGED that Defendants CMH Homes, Randy Sparks, Charles Rook, Hugh Covington, Danny Hawks, and David M. Booth's Motion to Dismiss [11] is GRANTED.

    IT IS FURTHER ORDERED AND ADJUDGED that Defendants' Motion for Sanctions [17] is DENIED and Defendants' other motions to dismiss [13, 15] are DENIED as moot.

    IT IS FURTHER ORDERED AND ADJUDGED that the improper motions included in Plaintiffs' response to Defendants' motion to dismiss are DENIED.

This the 11th day of July 2006.

                                                               */s/ William L. Osteen*
                                            United States District Judge